# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149512 & (51)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellant/Cross-Appellee,

v                                                    SC: 149512
                                                     COA: 312288
                                                     Lake CC: 12-004959-FC

JEROME ANTHOHY LEWIS III,
            Defendant-Appellee/Cross-Appellant.

_____/

        On order of the Court, the application for leave to appeal the April 29, 2014 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2014

Clerk

s1015